ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
LISA A. PALOMBO (Calif. Bar #169119)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4042
    Facsimile: (213) 894-2380
    Email: lisa.palombo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America *ex rel.* Dr. Timothy D. Field,<br><br>        Plaintiff,<br><br>        v.<br><br>Simi Valley Hospital and Health Care Services – Adventist Health, et al.<br><br>        Defendants. | No. CV-01-08636-VBF(CWx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

FILED CONCURRENTLY HEREWITH IS:

STIPULATION FOR ORDER OF DISMISSAL

///

///

///

- 1 -

**ORDER OF DISMISSAL**

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator Timothy Field, hereby **ORDERS**:

1. The Second Amended Complaint in the above-captioned action ("this action") against defendant Simi Valley Hospital and Health Care Services is dismissed with prejudice subject to and in accordance with the Parties' Settlement Agreement in this action.

2. The preclusive effect of this dismissal shall be determined in accordance with the said Settlement Agreement. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**SO ORDERED.**

Dated: 11-2-10

_____
UNITED STATES DISTRICT JUDGE

Respectfully presented,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section

By:  /s/
     LISA A. PALOMBO
Assistant United States Attorney
Attorneys for the
United States of America

- 2 -